**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(FORT PIERCE DIVISION)**

JOHNNA EHRLICH,

    Plaintiff,

v.

                                                CASE NO. 2:16-cv-14534-RLR

COMENITY CAPITAL BANK, a Subsidiary of Comenity LLC,

    Defendant.
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, JOHNNA EHRLICH ("Plaintiff") and Defendant, COMENITY CAPITAL BANK, ("Defendant") by and through their respective undersigned counsel, hereby submits this Joint Notice of Pending Settlement and states that the parties have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within thirty (30) days.

Dated: August 28, 2017.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| **THE CONSUMER PROTECTION FIRM, PLLC** | **McGLINCHEY STAFFORD, PLLC** |
|     */s/ William Peerce Howard* |     */s/ Lisa M. Schiller* |
| Geoffrey E. Parmer, Esq. | Lisa M. Schiller, Esq. |
| Florida Bar No. 989258 | Florida Bar No. 984426 |
| William Peerce Howard, Esq. | Joseph A. Apatov, Esq. |
| Florida Bar No. 0103330 | Florida Bar No. 93546 |
| 210-A South MacDill Avenue | 1 East Broward Boulevard, Suite 1400 |
| Tampa, Florida 33609 | Fort Lauderdale, FL 33301 |
| Tel: (813) 500-1500 | Tel: (954) 356-2501 / Fax: (954) 252-3808 |
| Billy@TheConsumerProtectionFirm.com | lschiller@mcglinchey.com |
| Geoff@TheConsumerProtectionFirm.com | japatov@mcglinchey.com |
| *Attorneys for Plaintiff* | *Counsel for Comenity Capital Bank* |

1182289.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically through the CM/ECF system on this 28th day of August, 2017 on all counsel of records listed below:

William Peerce Howard, Esq.
Amanda Jamison Allen, Esq.
The Consumer Protection Firm, PLLC
210-A South MacDill Avenue
Tampa, Florida 33609
Tel: (813) 500-1500
Billy@TheConsumerProtectionFirm.com
Amanda@TheConsumerProtectionFirm.com
*Attorneys for Plaintiff*

                                               */s/Lisa M. Schiller*
                                               Lisa M. Schiller, Esq.