UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

JOHNNA EHRLICH,

    Plaintiff,

v.                                            CASE NO.: 2:16-cv-14534

COMENITY LLC, d/b/a COMENITY BANK

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    COMES NOW, Plaintiff Johnna Ehrlich, and Defendant Comenity LLC, d/b/a Comenity Bank, by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

    Respectfully submitted on October 10, 2017.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Lisa M. Schiller* |
| Heather H. Jones, Esq. | Lisa M. Schiller, Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 984426 |
| William "Billy" Peerce Howard, Esq. | 1 E. Broward Blvd., Suite 1400 |
| Florida Bar No.: 0103330 | Fort Lauderdale, FL  33301 |
| THE CONSUMER PROTECTION FIRM, PLLC | Tel: (954) 356-2501 |
| 210-A South MacDill Avenue | Fax: (954) 333-3847 |
| Tampa, FL 33609 | lschiller@mcglinchey.com |
| Tel (813) 500-1500/Fax: (813) 435-2369 | *Attorney for Defendant* |
| Heather@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorneys for Plaintiff* | |